FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-2091

_____

THOMAS E. KING,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Proceeding.

December 11, 2024

PER CURIAM.

The Court dismisses this proceeding as untimely. Fla. R. App.
P. 9.141(d)(5).

B.L. THOMAS, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

_____

Thomas E. King, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.